SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**SCOTT M. KERIN, OSB # 965128**
Assistant United States Attorney
Scott.Kerin@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-MJ-00269** |
| **v.** | **GOVERNMENT'S BRIEFING IN RESPONSE TO THE COURT'S JANUARY 6, 2026, ORDER FOR STATUS CONFERENCE AND BRIEFING CONCERNING CONTINUANCES OF ARRAIGNMENT (ECF No. 66)** |
| **WILLIAM JAMES O'DONNELL,** | |
| **Defendant.** | |

The government hereby responds as requested by the Court in its order for a status conference and briefing concerning defendant's unopposed motions for a continuance of the arraignment. *See* ECF No. 66.

The government has not objected to defendant's requests for a continuance of the arraignment and continues to believe that the granting of those requests have been in the interests

///

of justice and constitutes excludable time under the Speedy Trial Act as the parties continue to seek a potential fair and just resolution of this complex matter.

The defendant remains charged in a Criminal Complaint with the distribution of fentanyl, that resulted in death and serious bodily injury. ECF 1. Because the case involves allegations that the defendant distributed fentanyl that resulted in the death of one individual and serious bodily injury to two additional individuals, it presents complex issues of fact and law regarding causation. *See Burrage v. United States*, 571 U.S. 204 (2014) (setting forth the legal standard to prove that the distribution of a controlled substance resulted in death or serious bodily injury). The charge, if defendant were convicted of it, also carries the possibility of a mandatory minimum of 20 years' imprisonment and a maximum of life imprisonment. 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

The arraignment is currently scheduled for February 19, 2026. Defendant is currently on pretrial supervision.

The government has reviewed defendant's Briefing in Response, ECF 67, and concurs in their outline of the procedural posture of the case.

To date the government has produced 998 pages of discovery and, in conversations with counsel, we understand that there are no outstanding discovery issues.

The parties have had discussions about potential resolution of the case and the government anticipates that if the case is unable to be resolved with a change of plea proceeding in the near future, that the government will present the case to the grand jury in February 2026, prior to the currently scheduled arraignment date of February 19, 2026.

///

Pursuant to the Crime Victims' Rights Act, the decreased victim's family and the non-deceased victims have been kept informed of the proceedings, as well as the continuances and the basis for them.

The government continues to believe that, despite defendant's assertions to the contrary, we will be able to prove the allegations against him beyond a reasonable doubt.

Dated: January 27, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ Scott Kerin

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney