UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA,
　　　　　　Plaintiff,

v.

WILLIAM JAMES O'DONNELL,
　　　　　　Defendant.

Case No: 3:26-cr-00034-JAM

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.　　The government will be disclosing new discovery. Thus, additional time is needed for defense counsel to review the discovery, conduct further investigation, and determine whether any pretrial motions should be filed.

2.　　The defendant is not incarcerated and does not object to the continuance.

3.　　The parties agree to the continuance.

4.　　The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and completely investigate the discovery materials provided.

5.　　Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

STIPULATION AND ORDER TO CONTINUE

Accordingly, the ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that a Trial Confirmation Hearing shall be scheduled on **Wednesday, September 02, 2026, at 11:30 a.m.,** in Portland, in Courtroom 10A, before Senior District Judge John A. Mendez.

IT IS FURTHER ORDERED that the trial currently scheduled for April 28, 2026, at 9:00 a.m., be **VACATED** and **CONTINUED** to **Tuesday, October 13, 2026, at 9:00 a.m.,** in Portland, in Courtroom 10A, before Senior District Judge John A. Mendez.  The parties estimate five (5) court days for trial.

Dated: March 25, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE