Sarah J. Crooks, OSB No. 971512
sarah.crooks@ashurstperkins.com
Chad M. Colton, OSB No. 065774
chad.colton@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222

*Movant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM JAMES O'DONNELL,<br><br>Defendant. | Case No. 3:26-cr-0034-JAM<br><br>**NOTICE OF APPEARANCE ON BEHALF OF MOVANT META PLATFORMS, INC.** |

TO: TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Ashurst Perkins Coie US LLP, counsel for Movant Meta Platforms, Inc. hereby notifies the Court that Sarah J. Crooks (sarah.crooks@ashurstperkins.com), Ashurst Perkins Coie US LLP, 1120 NW Couch Street, Tenth Floor, Portland, OR 97209, telephone: 503.727.2000, has entered this action as counsel for Movant Meta Platforms, Inc.

In connection with this notice, all future pleadings and other papers filed should be served on her at the address shown. Chad Colton remains as counsel for the Movant and should continue to receive pleadings and other papers.

DATED: August 27, 2026

**ASHURST PERKINS COIE US LLP**

By */s/ Sarah J. Crooks*

Sarah J. Crooks, OSB No. 971512
sarah.crooks@ashurstperkins.com
Chad M. Colton, OSB No. 065774
chad.colton@ashurstperkins.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000

*Movant Meta Platforms, Inc.*