Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Katherine Tanaka
California Bar No. 314082
Katherine_Tanaka@fd.org
Kevin Tate
Nevada Bar No. 8687
Kevin_Tate@fd.org
Assistant Federal Public Defenders
411 E. Bonneville Ave.
Las Vegas, NV 89101
(702) 388-6577

Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

WILLIAM JAMES O'DONNELL,
Defendant.

Case No: 3:26-cr-00034-JAM

**DEFENSE PROPOSED VERDICT FORM**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

WILLIAM JAMES O'DONNELL,
Defendant.

Case No: 3:26-cr-00034-JAM

**VERDICT FORM**

WE, THE JURY, FIND THE DEFENDANT, WILLIAM O'DONNELL, AS FOLLOWS:

**AS TO THE SINGLE CHARGE IN THE INDICTMENT:**

GUILTY NOT GUILTY

_____________ _____________ of the offense of Distribution of Fentanyl in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

Dated: October ______ , 2026

_________________________________
FOREPERSON

Dated: October 6, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Katherine Tanaka*
Katherine Tanaka, CA Bar # 314082
Assistant Federal Public Defender

*/s/Kevin Tate*
Kevin Tate, NV Bar # 8687
Assistant Federal Public Defender